# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH ATUANA,** | : | **CIVIL NO. 1:20-CV-25** |
| **Petitioner** | : | **(Chief Judge Conner)** |
| v. | : | |
| **UNITED STATES OF AMERICA,** | : | |
| **Respondent** | : | |

## **ORDER**

AND NOW, this 13th day of January, 2020, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is DISMISSED for lack of jurisdiction.

2. The Clerk of Court is directed to CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania